B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Southern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Tierra Del Rey, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   27-0267118 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>2607 1st Avenue, Suite 1<br>San Diego, CA                      ZIPCODE  92103 | Street Address of Joint Debtor (No. and Street, City, and State)                      ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>San Diego | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                      ZIPCODE | Mailing Address of Joint Debtor (if different from street address):                      ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                      ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- [ ] Health Care Business
- [x] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                      THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5.888 - Friday, June 26, 2015, at 12:00:25 - 31494-301X-***** - PDF-XChange 4.0

B1 (Official Form 1) (04/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Tierra Del Rey, LLC | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:             N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:    NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)         Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Tierra Del Rey, LLC |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____

(Printed Name of Foreign Representative)

_____

(Date)

### Signature of Attorney*

X   /s/ Craig E. Dwyer
_____
   Signature of Attorney for Debtor(s)

  CRAIG E. DWYER 74351
_____
   Printed Name of Attorney for Debtor(s)

  Craig E. Dwyer, Esq.
_____
   Firm Name

  8745 Aero Drive, Suite 301
_____
   Address

  San Diego, CA 92123
_____

  858-268-9909   craigedwyer@aol.com
_____
   Telephone Number      e-mail

  6/25/2015
_____
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Cheryl R. Lee
_____
   Signature of Authorized Individual

  CHERYL R. LEE
_____
   Printed Name of Authorized Individual

  Officer of Managing Member
_____
   Title of Authorized Individual

  6/25/2015
_____
   Date

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In re   Tierra Del Rey, LLC _____ ,
                         Debtor

Case No. _____

Chapter     11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Home Depot Credit Card<br>PO Box 182676<br>Columbus, OH 43218-2676 | | | | 10,809.91 |
| Michael C. Dallo<br>Tax Attorney & CPA<br>406 9th Avenue, Suite 212<br>San Diego, CA 92101 | | | | 9,488.00 |
| Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | | | | 7,000.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:25 - 31494-301X-***** - PDF-XChange 4.0

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Helix Water District<br>PO Box 513597<br>La Mesa, CA 91945 | | | | 6,810.81 |
| Franchise Tax Board<br>Bankruptcy Section<br>MS A-340<br>PO Box 2952<br>Sacramento, CA<br>95812-2952 | | | | 5,600.00 |
| Edco Disposal Corp<br>PO Box 6208<br>6670 Federal Blvd<br>Lemon Grove, CA<br>91945 | | | | 4,142.85 |
| Howard Burns, Esq<br>8880 Rio San Diego<br>Dr., Suite 800<br>San Diego, CA 92108 | | | | 3,402.00 |
| JES Taxes<br>606 Cassidy Street,<br>Suite A<br>Oceanside, CA 92054 | | | | 2,700.00 |
| HD Supply<br>10641 Scripps<br>Summit Court<br>San Diego, CA 92131 | | | | 1,291.05 |
| Preston Delery and<br>Cassandra Inzunza<br>225 Broadway, Suite<br>2100<br>San Diego,  CA 92101 | | | | 724.19 |
| Cox Cable<br>PO Box 79171<br>5251 Federal Blvd<br>San Diego, CA 92105 | | | | 548.82 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:25 - 31494-301X-***** - PDF-XChange 4.0

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Jamie Jo Hlavin<br>110 Maple Street<br>San Diego, CA 92103 | | | | 500.00 |
| Foothills Pool Service<br>PO Box 274<br>La Mesa, CA 91945 | | | | 390.00 |
| Pitney Bowes<br>PO Box 371874<br>Pittsburgh, PA<br>15250-7874 | | | | 356.33 |
| Aloha City Pest<br>Control Inc<br>340 West 26th Street<br>San Diego, CA | | | | 260.00 |
| SSD Systems Security<br>Signal<br>1740 N. Lemon Street<br>Anaheim, CA 92801 | | | | 189.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date _____6/25/2015_____

Signature _____/s/ Cheryl R. Lee_____

CHERYL R. LEE,
Officer of Managing Member

**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any
amendments thereto must contain a caption as in Form 16B. Subsequent pages should be
identified with the debtor's name and case number. If the schedules are filed with the petition,
the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a
claim is secured only in part or entitled to priority only in part, it still should be listed only once.
A claim which is secured in whole or it part should be listed on Schedule D only, and a claim
which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list
the same claim twice. If a creditor has more than one claim, such as claims arising from separate
transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:25 - 31494-301X-***** - PDF-XChange 4.0

B6A (Official Form 6A) (12/07)

In re   Tierra Del Rey, LLC

Case No. _____

Debtor

(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 80 Unit Multifamily Apartment Complex aka Tierra Del Rey Apartments  3675 King Street 6975 Waite Street La Mesa, CA 91941 | Ownership | | 10,600,000.00 | 5,484,513.57 |
| | | Total ▷ | 10,600,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:25 - 31494-30:IX-***** - PDF-XChange 4.0

B6B (Official Form 6B) (12/07)

In re __Tierra Del Rey, LLC__                                        Case No. _____
            **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account (operating account) #3211 First Republic Bank | | 0.00 |
| | | Checking account (petty cash) #3203 First Republic Bank | | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit Edco Disposal Corp PO Box 6208 6670 Federal Blvd Lemon Grove, CA 91945 | | Unknown |
| | | Security Deposit San Diego Gas & Electric PO Box 25111 San Diego, CA 92112 | | Unknown |
| | | Security Deposit Helix Water District PO Box 513597 La Mesa, CA 91945 | | Unknown |
| | | Security Deposit | | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re   Tierra Del Rey, LLC                                      Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Cox Cable<br>PO Box 79171<br>5251 Federal Blvd<br>San Diego, CA 92105 | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Unpaid Rents and Late Fees<br>Paid rents in possession of Court appointed receiver (estimated amount) | | 4,500.00<br>211,000.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00.26 - 31494-301X-***** - PDF-XChange 4.0

**B6B (Official Form 6B) (12/07) -- Cont.**

In re    Tierra Del Rey, LLC                                   Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Business License & Pool Permit - City of La Mesa 2607 1st Avenue, Suite 1 San Diego, CA 92103 | | 300.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Chairs, Desks, Printers, Computers, Telephones 2607 1st Avenue, Suite 1 San Diego, CA 92103 | | 800.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Repair Equipment, Tools, Drill, Locks, Misc Replacement Items 3675 King Street 6975 Waite Street La Mesa, CA 91941 | | 500.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5-888 - Friday, June 26, 2015, at 12:00:26 - 31494-301X-***** - PDF-XChange 4.0

B6B (Official Form 6B) (12/07) -- Cont.

In re    Tierra Del Rey, LLC
                 **Debtor**

Case No. _____
                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____    continuation sheets attached    Total    $    217,100.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re   Tierra Del Rey, LLC                                          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                   ☐   Check if debtor claims a homestead exemption that exceeds
☐   11 U.S.C. § 522(b)(3)                        $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00.26 - 31494-301X-***** - PDF-XChange 4.0

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re   Tierra Del Rey, LLC                                  ,        Case No. _____
         **Debtor**                                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AP Mortgage Company, Inc.<br>c/o Del Toro Loan Servicing<br>PO Box 211000<br>Chula Vista, CA 91921 | | | Incurred: 7/2012<br>Lien: 2nd trust deed/ UCC-1<br>Security: 80 Unit Multifamily Apartment Complex<br>aka Tierra Del Rey Apartments<br>3675 King Street<br>6975 Waite Street<br>La Mesa, CA 91941<br><br>VALUE $          10,600,000.00 | | | | 1,266,321.00 | 0.00 |
| ACCOUNT NO.<br><br>AP Mortgage Company, Inc.<br>c/o Mike Wright, Esq.<br>5190 Govenor Drive, #207<br>San Diego, CA 92122 | | | <br><br>VALUE $          10,600,000.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Fannie Mae<br>c/o David Hershorin, Esq.<br>27422 Portola Parkway Suite 360<br>Foothill Ranch, CA 92610 | | | <br><br>VALUE $          10,600,000.00 | | | | Notice Only | Notice Only |

_1_____ continuation sheets attached

Subtotal ▷
(Total of this page)                    $ 1,266,321.00        $          0.00

Total ▷
(Use only on last page)                $                          $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5-888 - Friday, June 26, 2015, at 12:00:26 - 31494-301X-***** - PDF-XChange 4.0

**B6D (Official Form 6D) (12/07) – Cont**.

In re __Tierra Del Rey, LLC_____,    Case No. _____
           **Debtor**                                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4505<br><br>Fannie Mae<br>c/o Hunt Mortgage<br>11501 Outlook Street, Suite 300<br>Overland Park, KS 66211 | | | Incurred: 4/2010<br>Lien: 1st trust deed<br>Security: 80 Unit Multifamily Apartment Complex<br>aka Tierra Del Rey Apartments<br>3675 King Street<br>6975 Waite Street<br>La Mesa, CA 91941<br><br>VALUE $           10,600,000.00 | | | | 4,218,192.57 | 0.00 |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ➢ | $ 4,218,192.57 | $           0.00
(Total(s) of this page)

Total(s) | $ 5,484,513.57 | $           0.00
(Use only on last page)

(Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:26 - 31494-303X-***** - PDF-XChange 4.0

B6E (Official Form 6E) (04/13)

In re __Tierra Del Rey, LLC_____,    Case No._____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:26 - 31494-303X-***** - PDF-XChange 4.0

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐　**Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐　**Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐　**Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐　**Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**B6E (Official Form 6E) (04/13) - Cont.**

In re _Tierra Del Rey, LLC_____,    Case No._____
    Debtor    (if known)

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1__ **continuation sheets attached**

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:26 - 31494-301X-***** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13) - Cont.**

In re Tierra Del Rey, LLC _____,    Case No. _____

             **Debtor**                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7118<br><br>Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | | | Incurred: 2010 to date<br>Consideration: Taxes | | | | 5,600.00 | 5,600.00 | 0.00 |
| ACCOUNT NO. 7118<br><br>Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267-0001 | | | Incurred: 2010 to date<br>Consideration: Taxes | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br><br> | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal ➢ (Totals of this page) | $ 5,600.00 | $ 5,600.00 | $ 0.00 |
| Total ➢ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 5,600.00 | | |
| Totals ➢ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 5,600.00 | $ 0.00 |

**B6F (Official Form 6F) (12/07)**

In re  Tierra Del Rey, LLC _____ ,          Case No. _____
_____**Debtor**_____                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Aloha City Pest Control Inc <br> 340 West 26th Street <br> San Diego, CA | | | Incurred: 12/2014 <br> Consideration: Services | | | | 260.00 |
| ACCOUNT NO.  9108 <br><br> Cox Cable <br> PO Box 79171 <br> 5251 Federal Blvd <br> San Diego, CA 92105 | | | Incurred: 3/2015 <br> Consideration: Services | | | | 548.82 |
| ACCOUNT NO.  4302 <br><br> Edco Disposal Corp <br> PO Box 6208 <br> 6670 Federal Blvd <br> Lemon Grove, CA 91945 | | | Incurred: 2/19/15 to date <br> Consideration: Services | | | | 4,142.85 |
| ACCOUNT NO.  8141 <br><br> Foothills Pool Service <br> PO Box 274 <br> La Mesa, CA 91945 | | | Incurred: 12/31/2014 <br> Consideration: Services | | | | 390.00 |

__3__ continuation sheets attached

Subtotal ➢ $   5,341.67

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Tierra Del Rey, LLC _____ ,          Case No. _____
            **Debtor**                                                                                    **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br> HD Supply <br> 10641 Scripps Summit Court <br> San Diego, CA 92131 | | | Incurred: 10/20/14 - 3/1/2015 <br> Consideration: Services | | | | 1,291.05 |
| ACCOUNT NO.  6120 <br> Helix Water District <br> PO Box 513597 <br> La Mesa, CA 91945 | | | Incurred: 3/4/2015 to date <br> Consideration: Services | | | | 6,810.81 |
| ACCOUNT NO.  8363 <br> Home Depot Credit Card <br> PO Box 182676 <br> Columbus, OH 43218-2676 | | | Incurred: 11/6/2013 - 10/21/2014 <br> Consideration: Credit Card Debt <br> (Unsecured) | | | | 10,809.91 |
| ACCOUNT NO.  <br> Howard Burns, Esq <br> 8880 Rio San Diego Dr., Suite 800 <br> San Diego, CA 92108 | | | Incurred: 2014 <br> Consideration: Services | | | | 3,402.00 |
| ACCOUNT NO.  <br> Jamie Jo Hlavin <br> 110 Maple Street <br> San Diego, CA 92103 | | | Incurred: 5/1/2015 <br> Consideration: Services | | | | 500.00 |

Sheet no.  1  of  3  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $   22,813.77

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Tierra Del Rey, LLC_____ ,    Case No. _____
        **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7118<br>JES Taxes<br>606 Cassidy Street, Suite A<br>Oceanside, CA 92054 | | | Incurred: 3/5/2015<br>Consideration: Tax Service<br>Invoice 621 and 657 | | | | 2,700.00 |
| ACCOUNT NO. 7001<br>Marlin Business Services Corp<br>1500 John F. Kennedy Blvd<br>Philadelphia, PA 19102 | | | Collecting For Marlin Leasing Corporation | | | | 0.00 |
| ACCOUNT NO. 7001<br>Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | | | Incurred: 6/2012<br>Consideration: Services | | | | 7,000.00 |
| ACCOUNT NO.<br>Michael C. Dallo<br>Tax Attorney & CPA<br>406 9th Avenue, Suite 212<br>San Diego, CA 92101 | | | Incurred: 3/10/2015<br>Consideration: Services<br>Invoices 10819,10880,10934 | | | | 9,488.00 |
| ACCOUNT NO. 2867<br>Pitney Bowes<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 | | | Incurred: 11/21/2014 to present<br>Consideration: Services | | | | 356.33 |

Sheet no. __2__ of __3__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $     19,544.33

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5-888 - Friday, June 26, 2015, at 12:00:26 - 31494-301X-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Tierra Del Rey, LLC                                    ,          Case No. _____

　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Preston Delery and Cassandra Inzunza <br>225 Broadway, Suite 2100 <br>San Diego,  CA 92101 | | | Incurred: 2/7/2014 <br>Consideration: Law Suit <br>37-2013-00313786-SC-SC-CTL | | | | 724.19 |
| ACCOUNT NO. <br><br>Roy Davis Gash <br>c/o David C. Wakefield <br>10620 Treena Street, #230 <br>San Diego, CA 92131 | | | Incurred: 4/3/2015 <br>Consideration: Lawsuit (Disputed) <br>37-2015-00011329-CU-CR-CTL | | | X | Unknown |
| ACCOUNT NO.   0017 <br><br>SSD Systems Security Signal <br>1740 N. Lemon Street <br>Anaheim, CA 92801 | | | Incurred: 12/12/14 to date <br>Consideration: Services | | | | 189.00 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no.  3  of  3  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal ▷ | $ | 913.19
　　　　　　　　　　　　　　　　　　　　　　　　　Total ▷ | $ | 48,612.96

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5-888 - Friday, June 26, 2015, at 12:00.26 - 31494-301X-***** - PDF-XChange 4.0

B6G (Official Form 6G) (12/07)

In re  Tierra Del Rey, LLC _____     Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| William Norwood<br>3675 King Street, Unit 8<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Donald Bennett<br>3773 King Street, Unit 24<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Rick Fetsis<br>3773 King Street, Unit 28<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Mark D. Mange<br>3675 King Street, Unit 22<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Ann Chestang<br>3675 King Street, Unit 12<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Ancernetta King<br>3773 King Street, Unit 40<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Alfredo Alevaro<br>3675 King Street, Unit 17<br>La Mesa, CA 91941 | Residential Real Property Lease |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:26 - 31494-301X-****** - PDF-XChange 4.0

**B6G (Official Form 6G) (12/07) -- Cont.**

In re  Tierra Del Rey, LLC                          Case No.  _____

              **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Gwendolyn Hayes<br>3675 King Street, Unit 21<br>La Mesa, CA 91941 | Residential Real Property Lease |
| M'Lissa Dow<br>3773 King Street, Unit 33<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Michael Gold<br>3675 King Street, Unit 9<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Hector Garcia<br>3773 King Street, Unit 37<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Cesar Javier<br>3675 King Street, Unit 1<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Daniel Currie<br>3675 King Street, Unit 20<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Sara Scillieri<br>3675 King Street, Unit 7<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Shelton Vorice<br>3675 King Street, Unit 16<br>La Mesa, CA 91941 | Residential Real Property Lease |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:26 - 31494-301X-\*\*\*\*\* - PDF-XChange 4.0

**B6G (Official Form 6G) (12/07) -- Cont.**

**In re** Tierra Del Rey, LLC

**Debtor**

**Case No.** _____

**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Robert Auld<br>3675 King Street, Unit 15<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Kimberly Jaeger<br>3675 King Street, Unit 2<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Hassan El-Amin<br>3675 King Street, Unit 19<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Shanice Matthews<br>3773 King Street, Unit 23<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Robert Evans<br>3675 King Street, Unit 13<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Maria Siles<br>3773 King Street, Unit 31<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Jackie Simmons<br>3675 King Street, Unit 18<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Ashley Wellman<br>3675 King Street, Unit 14<br>La Mesa, CA 91941 | Residential Real Property Lease |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:26 - 31494-301X-***** - PDF-XChange 4.0

**B6G (Official Form 6G) (12/07) -- Cont.**

In re   Tierra Del Rey, LLC                                    Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Marlee Bland<br>3675 King Street, Unit 5<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Rudy Narez<br>3773 King Street, Unit 43<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Gary Ewing<br>3773 King Street, Unit 36<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Harold Barnes<br>3773 King Street, Unit 29<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Winston Glenn<br>3675 King Street, Unit 3<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Constance Walker<br>3675 King Street, Unit 6<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Tommy Evans<br>3773 King Street, Unit 32<br>La Mesa, CA 91941 | Residential Real Property Lease |
| New Alternatives, Inc.<br>3675 King Street, Unit 11<br>La Mesa, CA 91941 | Residential Real Property Lease |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:26 - 31494-301X-***** - PDF-XChange 4.0

**B6G (Official Form 6G) (12/07) -- Cont.**

In re  Tierra Del Rey, LLC

_____
**Debtor**

Case No. _____
**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Neal Jones<br>3773 King Street, Unit 34<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Cynthia Mason<br>3675 King Street, Unit 4<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Jazmine Martinez<br>3675 King Street, Unit 10<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Dilsy Acevedo<br>3773 King Street, Unit 33<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Ian Roberts<br>3773 King Street, Unit 39<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Alfonso Hernandez<br>3773 King Street, Unit 44<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Cheryl Lee<br>3773 King Street, Unit 41<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Larry Kearney<br>3773 King Street, Unit 38<br>La Mesa, CA 91941 | Residential Real Property Lease |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00.26 - 31494-301X-***** - PDF-XChange 4.0

**B6G (Official Form 6G) (12/07) -- Cont.**

In re  Tierra Del Rey, LLC                                    Case No. _____
_____                                              (if known)
**Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Elijah Parker<br>3773 King Street, Unit 42<br>La Mesa, CA 91941 | Residential Real Property Lease |
| LaTese Hill<br>3675 King Street, Unit 67<br>La Mesa, CA 91941 | Residential Real Property Lease |
| George Jimenez<br>3773 King Street, Unit 25<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Gregorio Morones<br>3773 King Street, Unit 30<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Titisha Bass<br>3773 King Street, Unit 26<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Charmaine Vance<br>6985 Waite Street, Unit 61<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Anthony Grabert<br>6985 Waite Street, Unit 70<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Vernon Anderson<br>6985 Waite Street, Unit 75<br>La Mesa, CA 91941 | Residential Real Property Lease |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:26 - 31494-301X-***** - PDF-XChange 4.0

B6G (Official Form 6G) (12/07) -- Cont.

In re    Tierra Del Rey, LLC
_____          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Pascual Vazquez<br>6985 Waite Street, Unit 80<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Criseida Aguilar<br>6985 Waite Street, Unit 59<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Joaquin Andrade<br>6985 Waite Street, Unit 77<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Silvia Delgadillo<br>6985 Waite Street, Unit 53<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Rosalind Baker<br>6985 Waite Street, Unit 46<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Gerald Bass<br>6985 Waite Street, Unit 71<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Monica Zambrano<br>6985 Waite Street, Unit 79<br>La Mesa, CA 91941 | Residentail Real Property Lease |
| Barbara Jones<br>6985 Waite Street, Unit 57<br>La Mesa, CA 91941 | Residential Real Property Lease |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:26 - 31494-301X-***** - PDF-XChange 4.0

**B6G (Official Form 6G) (12/07) -- Cont.**

In re  Tierra Del Rey, LLC

**Debtor**

Case No. _____

**(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Robert Hunt<br>6985 Waite Street, Unit 48<br>La Mesa, CA 91941 | Residential Real Property Lease |
| William Melendez<br>6985 Waite Street, Unit 51<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Beverly Johns<br>6985 Waite Street, Unit 49<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Willie Simpson<br>6985 Waite Street, Unit 76<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Diana Spencer<br>6985 Waite Street, Unit 60<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Steven Moore<br>6985 Waite Street, Unit 52<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Shawn Lowery<br>6985 Waite Street, Unit 45<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Da Netra Moore<br>6985 Waite Street, Unit 72<br>La Mesa, CA 91941 | Residential Real Property Lease |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:26 - 31494-301X-***** - PDF-XChange 4.0

**B6G (Official Form 6G) (12/07) -- Cont.**

In re  Tierra Del Rey, LLC                                    Case No. _____
　　　　　　　　　　**Debtor**                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Michael Forkner<br>6985 Waite Street, Unit 62<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Linda Wilhelm<br>6985 Waite Street, Unit 66<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Demetrius Lawton<br>6985 Waite Street, Unit 55<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Mercedes Alexander<br>6985 Waite Street, Unit 58<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Dre Anna Anderson<br>6985 Waite Street, Unit 73<br>La Mesa, CA 91941 | Residential Real Property Lease |
| LaVale Glenn<br>6985 Waite Street, Unit 69<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Kevin Robinson<br>6985 Waite Street, Unit 35<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Shaquaysha Anders<br>6985 Waite Street, Unit 56<br>La Mesa, CA 91941 | Residential Real Property Lease |

**B6G (Official Form 6G) (12/07) -- Cont.**

In re  Tierra Del Rey, LLC
_____
**Debtor**

Case No. _____
**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Aaron Hill<br>6985 Waite Street, Unit 68<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Leon McNair<br>6985 Waite Street, Unit 50<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Terrie Mixon<br>6985 Waite Street, Unit 54<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Mary Lawton<br>6985 Waite Street, Unit 47<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Joe Ramirez<br>6985 Waite Street, Unit 78<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Auntionette Houston<br>6985 Waite Street, Unit 65<br>La Mesa, CA 91941 | Residential Real Property Lease |
| Victor Zambrano<br>6985 Waite Street, Unit 67<br>La Mesa, CA 91941 | Residential Real Property Lease |
| | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:26 - 31494-301X-***** - PDF-XChange 4.0

**B6H (Official Form 6H) (12/07)**

In re   Tierra Del Rey, LLC                                        Case No. _____
          **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Bay Vista Methodist Heights<br>a Non Profit Corporation<br>2607 1st Avenue, Suite 1<br>San Diego, CA 92103 | AP Mortgage Company, Inc.<br>c/o Del Toro Loan Servicing<br>PO Box 211000<br>Chula Vista, CA 91921 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:26 - 31494-301X-***** - PDF-XChange 4.0

**B6 Summary (Official Form 6 - Summary) (12/14)**

# United States Bankruptcy Court
### Southern District of California

In re    Tierra Del Rey, LLC

_____
Debtor

Case No. _____

Chapter    11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $10,600,000.00 | | |
| B – Personal Property | YES | 4 | $   217,100.00 | | |
| C –  Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 5,484,513.57 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $      5,600.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $     48,612.96 | |
| G - Executory Contracts and Unexpired Leases | YES | 10 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $      0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $      0.00 |
| **TOTAL** | | 26 | $10,817,100.00 | $ 5,538,726.53 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:26 - 31494-301X-***** - PDF-XChange 4.0

# United States Bankruptcy Court
## Southern District of California

In re  Tierra Del Rey, LLC                          Case No. _____

               Debtor

Chapter  ____11____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ N.A. |
| Average Expenses (from Schedule J, Line 22) | $ N.A. |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

B6 (Official Form 6 - Declaration) (12/07)

Tierra Del Rey, LLC

In re _____    Case No. _____
                    **Debtor**                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                                        Debtor

Date _____        Signature: _____
                                                                                  (Joint Debtor, if any)

[If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                Social Security No.
of Bankruptcy Petition Preparer                             *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
          Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___Officer of Managing Member___ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Tierra Del Rey, LLC _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __28__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ___6/25/2015_____        Signature: ___/s/ Cheryl R. Lee_____

                                                                        CHERYL R. LEE
                                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In Re  Tierra Del Rey, LLC                                                    Case No. _____
                                                                                        (if known)

## STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

    **1. Income from employment or operation of business**

None
☐

       State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE |
|---|---|---|---|
| 2015 | 275,000.00 | Rental Income | FY: Jan to June |
| 2014 | 882,000.00 | Rental Income | |
| 2013 | 864,000.00 | Rental Income | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5-888 - Friday, June 26, 2015, at 12:00:27 - 31494-301X-****** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                                2

**2.  Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2015 | 1,220.00 | Laundry and Vending Machine Income |
| 2014 | 5,040.00 | Laundry and Vending Machine Income |

**3. Payments to creditors**

None
☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None
☐

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Hunt Mortgage<br>11501 Outlook Street, Suite 300<br>Overland Park, KS 66211 | 4/15 | 28,326.51 | 4,218,192.57 |
| Hunt Mortgage<br>11501 Outlook Street, Suite 300<br>Overland Park, KS 66211 | 5/15 | 28,326.51 | 4,218,192.57 |

B7 (Official Form 7) (04/13)                                                                                    3

None

☒     *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐     a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Preston Delery vs. Tierra Del Rey, LLC 37-2013-00313786-SC-SC-CTL | Landlord Tenant Dispute | SDSC Small Claims Court | Judgment |
| AP Mortgage Company, Inc. vs Bay Vista Methodist Heights et al. 37-2015-00012044-CU-OR-CTL | Civil Unlimited - Real Property | SDSC Central Division | Pending |
| Roy Davis Gash vs. Tierra Del Rey, LLC 37-2015-00011329-CU-CR-CTL | Civil Unlimited - Civil Rights | SDSC Central Division | Pending |
| Tierra Del Rey, LLC vs. Williams | Unlawful Detainer - Residential | SDSC Central Division | Dismissed |
| Tierra Del Rey, LLC vs. Fortune 37-2013-00071791-CL-UD-CTL | Unlawful Detainer - Residential | SDSC Central Division | Judgment |
| Ramiro de Jesus vs. Tierra Del Rey, LLC 37-2014-00308191-SC-SC-CTL | Landlord Tenant Dispute | SDSC Small Claims Court | Judgment |
| Tierra Del Rey, LLC vs. Carmen Torres 37-2015-00001586-CL-UD-CTL | Unlawful Detainer - Residential | SDSC Central Division | Judgment |
| Tierra Del Rey, LLC vs. Shaquaysha Anders 37-2015-00001589-CL-UD-CTL | Unlawful Detainer - Residential | SDSC Central Division | Judgment |

B7 (Official Form 7) (04/13)                                                                                              4

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5-888 - Friday, June 26, 2015, at 12:00:27 - 31494-301X-***** - PDF-XChange 4.0

None  b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within
☐          one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter
           13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
           unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Trigild, Inc. 9339 Genessee Ave., Suite 130 San Diego, CA 92121 | June 19, 2015 | 80 Unit Multifamily Apt Complex Value $10,600,000.00 Receiver has collected approx $211,000.00 |

**5.   Repossessions, foreclosures and returns**

None         List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒            lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
             (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
             both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and Receiverships**

None  a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒          the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any
           assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
           joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☐          year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
           must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
           the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Trigild, Inc. 9339 Genesee Ave., Suite 130 San Diego, CA 92121 | SDSC Central Division AP Mortgage Company, Inc. vs Bay Vista Methodist Heights et al. 37-2015-00012044-CU-OR-CTL | June 19, 2015 | 80 Unit Multifamily Apt Complex Value $10,600,000.00 Receiver has collected approx $211,000.00 |

B7 (Official Form 7) (04/13)                                                                    5

---

**7.   Gifts**

None      List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒        case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
         member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter
         12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed,
         unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.   Losses**

None      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒        commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or
         chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are
         separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9.   Payments related to debt counseling or bankruptcy**

None      List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐        for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
         bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Craig E. Dwyer<br>Craig E. Dwyer, Esq.<br>8745 Aero Drive, Suite 301<br>San Diego, CA 92123 | 6/29/15 | 7,000.00 |

B7 (Official Form 7) (04/13)                                                                                                              6

---

### 10.  Other transfers

None
☒

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

---

None
☒

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

### 11.  Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

### 12.  Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:27 - 31494-301X-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                                        8

---

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

---

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)                                                                                              9

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19.  Books, record and financial statements**

None     a.     List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐             bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                  DATES SERVICES RENDERED

Bay Vista Methodist Heights                                       2010 to present
a Non Profit Corporation
2607 1st Avenue, Suite 1
San Diego, CA 92103

---

None     b.     List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒             have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                      ADDRESS                      DATES SERVICES RENDERED

---

None     c.     List all firms or individuals who at the time of the commencement of this case were in possession of the books
☐             of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                      ADDRESS

Bay Vista Methodist Heights               2607 1st Avenue, Suite 1
a Non Profit Corporation                  San Diego, CA 92103

B7 (Official Form 7) (04/13)                                                                                                    10

---

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒           financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                        DATE
                                                       ISSUED

---

**20. Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒           taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

---

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒           reported in a., above.

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF
                                               INVENTORY RECORDS

---

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

---

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☐           or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                       TITLE                    NATURE AND PERCENTAGE OF
                                                               STOCK OWNERSHIP

Bay Vista Methodist Heights            Managing Member          100%
a Non Profit Corporation
2607 1st Avenue, Suite 1
San Diego, CA 92103

B7 (Official Form 7) (04/13)                                                                                                      11

**22.  Former partners, officers, directors and shareholders**

None  a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☒      preceding the commencement of this case.

|       NAME       |       ADDRESS       |   DATE OF WITHDRAWAL   |
|------------------|---------------------|-----------------------|

None  b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☒      within one year immediately preceding the commencement of this case.

|   NAME AND ADDRESS   |       TITLE       |   DATE OF TERMINATION   |
|----------------------|-------------------|-------------------------|

**23.  Withdrawals from a partnership or distribution by a corporation**

None       If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒      including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
       during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24.  Tax Consolidation Group**

None       If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of
☒      any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year
       period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25.  Pension Funds**

None       If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☒      which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
       immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

*     *     *     *     *     *

B7 (Official Form 7) (04/13)                                                                                                              12

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    6/25/2015 _____     Signature    /s/ Cheryl R. Lee _____

CHERYL R. LEE,
Officer of Managing Member
_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

0   continuation sheets attached

**Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571**

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____     _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5-888 - Friday, June 26, 2015, at 12:00:27 - 31494-301X-****** - PDF-XChange 4.0

Aaron Hill
6985 Waite Street, Unit 68
La Mesa, CA 91941

Alfonso Hernandez
3773 King Street, Unit 44
La Mesa, CA 91941

Alfredo Alevaro
3675 King Street, Unit 17
La Mesa, CA 91941

Aloha City Pest Control Inc
340 West 26th Street
San Diego, CA

Ancernetta King
3773 King Street, Unit 40
La Mesa, CA 91941

Ann Chestang
3675 King Street, Unit 12
La Mesa, CA 91941

Anthony Grabert
6985 Waite Street, Unit 70
La Mesa, CA 91941

AP Mortgage Company, Inc.
c/o Del Toro Loan Servicing
PO Box 211000
Chula Vista, CA 91921

AP Mortgage Company, Inc.
c/o Mike Wright, Esq.
5190 Govenor Drive, #207
San Diego, CA 92122

Ashley Wellman
3675 King Street, Unit 14
La Mesa, CA 91941

Auntionette Houston
6985 Waite Street, Unit 65
La Mesa, CA 91941

Barbara Jones
6985 Waite Street, Unit 57
La Mesa, CA 91941

Bay Vista Methodist Heights
a Non Profit Corporation
2607 1st Avenue, Suite 1
San Diego, CA 92103

Beverly Johns
6985 Waite Street, Unit 49
La Mesa, CA 91941

Cesar Javier
3675 King Street, Unit 1
La Mesa, CA 91941

Charmaine Vance
6985 Waite Street, Unit 61
La Mesa, CA 91941

Cheryl Lee
3773 King Street, Unit 41
La Mesa, CA 91941

Constance Walker
3675 King Street, Unit 6
La Mesa, CA 91941

Cox Cable
PO Box 79171
5251 Federal Blvd
San Diego, CA 92105

Criseida Aguilar
6985 Waite Street, Unit 59
La Mesa, CA 91941

Cynthia Mason
3675 King Street, Unit 4
La Mesa, CA 91941

Da Netra Moore
6985 Waite Street, Unit 72
La Mesa, CA 91941

Daniel Currie
3675 King Street, Unit 20
La Mesa, CA 91941

Demetrius Lawton
6985 Waite Street, Unit 55
La Mesa, CA 91941

Diana Spencer
6985 Waite Street, Unit 60
La Mesa, CA 91941

Dilsy Acevedo
3773 King Street, Unit 33
La Mesa, CA 91941

Donald Bennett
3773 King Street, Unit 24
La Mesa, CA 91941

Dre Anna Anderson
6985 Waite Street, Unit 73
La Mesa, CA 91941

Edco Disposal Corp
PO Box 6208
6670 Federal Blvd
Lemon Grove, CA 91945

Elijah Parker
3773 King Street, Unit 42
La Mesa, CA 91941

Fannie Mae
c/o David Hershorin, Esq.
27422 Portola Parkway Suite 360
Foothill Ranch, CA 92610


Fannie Mae
c/o Hunt Mortgage
11501 Outlook Street, Suite 300
Overland Park, KS 66211


Foothills Pool Service
PO Box 274
La Mesa, CA 91945


Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0001


Gary Ewing
3773 King Street, Unit 36
La Mesa, CA 91941


George Jimenez
3773 King Street, Unit 25
La Mesa, CA 91941


Gerald Bass
6985 Waite Street, Unit 71
La Mesa, CA 91941


Gregorio Morones
3773 King Street, Unit 30
La Mesa, CA 91941


Gwendolyn Hayes
3675 King Street, Unit 21
La Mesa, CA 91941

Harold Barnes
3773 King Street, Unit 29
La Mesa, CA 91941

Hassan El-Amin
3675 King Street, Unit 19
La Mesa, CA 91941

HD Supply
10641 Scripps Summit Court
San Diego, CA 92131

Hector Garcia
3773 King Street, Unit 37
La Mesa, CA 91941

Helix Water District
PO Box 513597
La Mesa, CA 91945

Home Depot Credit Card
PO Box 182676
Columbus, OH 43218-2676

Howard Burns, Esq
8880 Rio San Diego Dr., Suite 800
San Diego, CA 92108

Ian Roberts
3773 King Street, Unit 39
La Mesa, CA 91941

Jackie Simmons
3675 King Street, Unit 18
La Mesa, CA 91941

Jamie Jo Hlavin
110 Maple Street
San Diego, CA 92103

Jazmine Martinez
3675 King Street, Unit 10
La Mesa, CA 91941

JES Taxes
606 Cassidy Street, Suite A
Oceanside, CA 92054

Joaquin Andrade
6985 Waite Street, Unit 77
La Mesa, CA 91941

Joe Ramirez
6985 Waite Street, Unit 78
La Mesa, CA 91941

Kevin Robinson
6985 Waite Street, Unit 35
La Mesa, CA 91941

Kimberly Jaeger
3675 King Street, Unit 2
La Mesa, CA 91941

Larry Kearney
3773 King Street, Unit 38
La Mesa, CA 91941

LaTese Hill
3675 King Street, Unit 67
La Mesa, CA 91941

LaVale Glenn
6985 Waite Street, Unit 69
La Mesa, CA 91941

Leon McNair
6985 Waite Street, Unit 50
La Mesa, CA 91941

Linda Wilhelm
6985 Waite Street, Unit 66
La Mesa, CA 91941

M'Lissa Dow
3773 King Street, Unit 33
La Mesa, CA 91941

Maria Siles
3773 King Street, Unit 31
La Mesa, CA 91941

Mark D. Mange
3675 King Street, Unit 22
La Mesa, CA 91941

Marlee Bland
3675 King Street, Unit 5
La Mesa, CA 91941

Marlin Business Services Corp
1500 John F. Kennedy Blvd
Philadelphia, PA 19102

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054

Mary Lawton
6985 Waite Street, Unit 47
La Mesa, CA 91941

Mercedes Alexander
6985 Waite Street, Unit 58
La Mesa, CA 91941

Michael C. Dallo
Tax Attorney & CPA
406 9th Avenue, Suite 212
San Diego, CA 92101

Michael Forkner
6985 Waite Street, Unit 62
La Mesa, CA 91941

Michael Gold
3675 King Street, Unit 9
La Mesa, CA 91941

Monica Zambrano
6985 Waite Street, Unit 79
La Mesa, CA 91941

Neal Jones
3773 King Street, Unit 34
La Mesa, CA 91941

New Alternatives, Inc.
3675 King Street, Unit 11
La Mesa, CA 91941

Pascual Vazquez
6985 Waite Street, Unit 80
La Mesa, CA 91941

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

Preston Delery and Cassandra Inzunza
225 Broadway, Suite 2100
San Diego,  CA 92101

Rick Fetsis
3773 King Street, Unit 28
La Mesa, CA 91941

Robert Auld
3675 King Street, Unit 15
La Mesa, CA 91941

Robert Evans
3675 King Street, Unit 13
La Mesa, CA 91941

Robert Hunt
6985 Waite Street, Unit 48
La Mesa, CA 91941

Rosalind Baker
6985 Waite Street, Unit 46
La Mesa, CA 91941

Roy Davis Gash
c/o David C. Wakefield
10620 Treena Street, #230
San Diego, CA 92131

Rudy Narez
3773 King Street, Unit 43
La Mesa, CA 91941

Sara Scillieri
3675 King Street, Unit 7
La Mesa, CA 91941

Shanice Matthews
3773 King Street, Unit 23
La Mesa, CA 91941

Shaquaysha Anders
6985 Waite Street, Unit 56
La Mesa, CA 91941

Shawn Lowery
6985 Waite Street, Unit 45
La Mesa, CA 91941

Shelton Vorice
3675 King Street, Unit 16
La Mesa, CA 91941

Silvia Delgadillo
6985 Waite Street, Unit 53
La Mesa, CA 91941

SSD Systems Security Signal
1740 N. Lemon Street
Anaheim, CA 92801

Steven Moore
6985 Waite Street, Unit 52
La Mesa, CA 91941

Terrie Mixon
6985 Waite Street, Unit 54
La Mesa, CA 91941

Titisha Bass
3773 King Street, Unit 26
La Mesa, CA 91941

Tommy Evans
3773 King Street, Unit 32
La Mesa, CA 91941

Vernon Anderson
6985 Waite Street, Unit 75
La Mesa, CA 91941

Victor Zambrano
6985 Waite Street, Unit 67
La Mesa, CA 91941

William Melendez
6985 Waite Street, Unit 51
La Mesa, CA 91941

William Norwood
3675 King Street, Unit 8
La Mesa, CA 91941

Willie Simpson
6985 Waite Street, Unit 76
La Mesa, CA 91941


Winston Glenn
3675 King Street, Unit 3
La Mesa, CA 91941

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In re  Tierra Del Rey, LLC _____ ,

        Debtor

Case No. _____

Chapter   11 _____

# VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 11 pages, is true, correct and complete to the best of my knowledge.

Date   6/25/2015 _____

Signature   /s/ Cheryl R. Lee _____

       CHERYL R. LEE,
       Officer of Managing Member

Craig E. Dwyer
Craig E. Dwyer, Esq.
8745 Aero Drive,
Suite 301
San Diego, CA 92123
858-268-9909
858-268-4230

**UNITED STATES BANKRUPTCY COURT**

**Southern District of California**

In re   Tierra Del Rey, LLC

Debtor                                                    ,

Case No.

Chapter          11

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|

**List of Equity Security Holders**

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:27 - 31494-301X-***** - PDF-XChange 4.0

B203
12/94

# United States Bankruptcy Court
## Southern District of California

In re  Tierra Del Rey, LLC

Case No. _____

Chapter _____11_____

Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................…………………….…….....  $ _____7,000.00_____

Prior to the filing of this statement I have received ........…………………...............  $ _____7,000.00_____

Balance Due ...............................…………………………………….................  $ _____0.00_____

2.    The source of compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Representation in adversary or any dischargeability actions, reaffirmation of debt negotiations and hearing, judicial lien avoidances, relief from stay actions or any related motions or objections submitted after filing of the case by a trustee, creditor or any party-in-interest to this case.

---

| CERTIFICATION |
| --- |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

6/25/2015 _____                      /s/ Craig E. Dwyer _____
　　　　　*Date*                                                                    *Signature of Attorney*

　　　　　　　　　　　　　　　　　　　　　　　Craig E. Dwyer, Esq. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Name of law firm*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-888 - Friday, June 26, 2015, at 12:00:27 - 31494-301X-***** - PDF-XChange 4.0