```
 1  CURRY ADVISORS
    A Professional Law Corporation
 2    K. Todd Curry (149360)
    525 B Street, Suite 1500
 3  San Diego, California 92101
    Telephone:  (619) 238-0004
 4  Fax Number: (619) 238-0006

 5  Proposed counsel for Debtor / Debtor In Possession
    Tierra Del Rey, LLC
 6

 7
```

|  | UNITED STATES BANKRUPTCY COURT |
|---|---|
|  | SOUTHERN DISTRICT OF CALIFORNIA |

| In re | ) CASE NO. 15-04253-LT11 |
|---|---|
| TIERRA DEL REY, LLC | ) Chapter 11 |
| Debtor. | ) PROOF OF SERVICE |
|  | ) |
|  | ) Honorable Laura S. Taylor |

19   I am a citizen of the United States and a resident of the County of San Diego. I am over

20  the age of eighteen (18) years and not a party to the above-entitled action. My business address

21  is 525 B Street, Suite 1500, San Diego, CA 92101. I am familiar with Curry Advisors' practice

22  whereby the mail is sealed, given the appropriate postage, and placed in a designated mail

23  collection area. Each day's mail is collected and deposited in a United States mailbox after the

24  close of each day's business. On *August 1, 2015,* I served the following:

25  APPLICATION BY DEBTOR IN POSSESSION TO EMPLOY GENERAL BANKRUPTCY
    COUNSEL; DECLARATION OF K. TODD CURRY; PROPOSED ORDER
26

27  / / /

28  / / /

1  [ ]   (**By Mail**) placing a true copy thereof enclosed in a sealed envelope with postage
2        thereon fully prepaid in the United States Mail at San Diego, CA, addressed as:
3  [XX]  (**By E-Mail**) by transmitting the document(s) listed above to the e-mail
4  address(es) set forth below:
5        United States Trustee (to obtain Statements of Position):  ustp.region15sop@usdoj.gov

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 1, 2015.

                                            /s/ K. Todd Curry
                                            _____
                                            K. Todd Curry

-1-