# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | TIERRA DEL REY, LLC |
| **Case Number:** | 15-04253-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JULY 30, 2015 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | KAREN CARTER |

### Matter:

STATUS CONFERENCE ON CHAPTER 11 PETITION

### Appearances:

TODD CURRY, ATTORNEY FOR TIERRA DEL REY, LLC
DANIEL REISS PRESENT (telephonically)
KRISTIN MIHELIC, ATTORNEY FOR OFFICE OF THE US TRUSTEE

### Disposition:

Continued to 10/29/15 at 10:00 a.m.