TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: TIERRA DEL REY, LLC

Number: 15-04253-LT11

Hearing: 10:00 AM   Thursday, August 27, 2015

Motion: HEARING SET BY COURT RE:   APPLICATION TO EMPLOY GENERAL BANKRUPTCY COUNSEL FILED ON BEHALF OF TIERRA DEL REY, LLC

Hear.   The Court is inclined to grant this application.   In his supplemental declaration Applicant appears to have satisfactorily addressed all of the concerns raised by the United States Trustee, the sole opposing party.   To the extent concerns remain, and given that the Court can't be totally sure they don't, the parties will be heard.