Michael Wright
Law Offices of Michael Wright
5190 Governor Dr., Suite 207
San Diego, CA 92122
Telephone: (858) 554-1830
Fax: (858) 554-0033
State Bar No. 73236

Attorney for AP Mortgage Company

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re TIERRA DEL REY, LLC,<br><br>　　　　Debtor,<br>_____<br>AP MORTGAGE COMPANY,<br>　　　　Movant,<br>v.<br>TIERRA DEL REY, LLC, Debtor-in-Possession,<br>　　　　Respondent. | Case No.: 15-04253-LT11<br><br>MW-1<br><br>DECLARATION OF PAUL TACCONE IN SUPPORT OF AP MORTGAGE COMPANY'S MOTION FOR RELIEF FROM STAY<br><br>[11 U.S.C. §362 and Local Bankruptcy Rule 4002-2(a)]<br><br>Property address:<br>3675 King Street<br>La Mesa, CA 91941 |

I, Paul Taccone, declare:

1. I have personal knowledge of all facts stated in this declaration and can testify competently to these facts.

2. I am the president of AP Mortgage Company, Inc., a

1. California corporation, and the Movant in this proceeding. I have been authorized by the Board of Directors of the corporation to make this declaration on Movant's behalf. As Movant's president, I am also the custodian of its books, records, and files ("Business Records") for its real estate-related investments. I have personally worked on such Business Records, and the facts stated in this declaration are true of my own knowledge, or I have gained knowledge of them from the Business Records, the entries in which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions, or events to which they relate. Any such Business Records were prepared in the ordinary course of Movant's business by a person who had personal knowledge of the event being recorded and had—or has—a business duty to accurately record such event. The Business Records are available for inspection and copies can be submitted to this Court, if requested.

    3.    These records show that:

        a.    Movant is the holder of a promissory note in the original amount of $1,200,000 ("Note") originally secured by a (i) a first priority deed of trust encumbering unimproved real property in the City of San Diego commonly known as 7108-7112 Lisbon Street, San Diego, CA 92114 ("Lisbon Property") and (ii) 2nd priority deed of trust encumbering real property commonly known as 3675 King Street, La Mesa, CA 91941 ("King Property"). A true copy of the Note is attached "*Exhibit A*" and made part of this declaration (the original Note is in my possession, as Movant's custodian of records). A true copy of the deed of trust which encumbers the King Property—and which more particularly describes the King Property—is attached as "*Exhibit B*" and made part of this declaration.

Movant acquired the Note and these two deeds of trust, by written assignments from National Loan Acquisitions Company dated April 3, 2015. True copies of these assignments—which included an unconditional assignment of rents of the King Property as described in subparagraph (d) below—are attached as "**Exhibit C**" and made part of this declaration and were recorded in the Official Records of San Diego County on April 8, 2015. In addition to receiving these assignments, Movant also received the original promissory note, of which I maintain custody as Movant's. By the recording of these assignments, Movant perfected its security interest in the Lisbon Property and the King Property.

      b.    National Loan Acquisitions acquired its interest in the Note, these two trust deeds and assignment of rents by written assignment from American West Bank, the successor-in-interest to Security Business Bank, the original payee and beneficiary of the Note and deeds of trust.

      c.    Bay Vista Methodist Heights LLC ("Bay Vista") is the original borrower under the Note and the trustor in the Lisbon Property deed of trust. Bay Vista did not pay the Note at maturity and Security Business Bank commenced a judicial foreclosure action, after which the parties entered into a written settlement agreement. As part of the settlement agreement, Bay Vista, through its wholly-owned subsidiary Tierra del Rey LLC ("Debtor"), provided additional security for payment of the Note by delivering to American West Bank, Security Business Bank's successor-in-interest, the King Property deed of trust (see Exhibit B). True copies of this "Settlement and Mutual Release of All Claims" and related "Change in Terms Agreement" are attached as "**Exhibit D**" and made part of this declaration.

      d.    As further consideration to American West Bank, and to further secure the Note, Bay Vista and Debtor executed and delivered to American West Bank an absolute "Assignment of Rents," which was recorded in the Official Records of San Diego California on July 24, 2012. A true copy of this Assignment of Rents is attached as "***Exhibit E***" and made part of this declaration.

      e.    Bay Vista and Tierra del Rey have defaulted in their payment obligations on the Note by failing to pay the installment of $9,269.19 which was due in November 2014 and all other installments due through August 2015. At my request, Movant's loan servicer, Del Toro Loan Servicing, Inc., calculated the total unpaid balance on the Note as of August 24, 2015. I personally re-checked each of Del Toro's figures, made corrections where necessary, and instructed Del Toro to use my figures in preparing the written "Beneficiary's Demand for Payoff." This document, a true copy of which is attached as "***Exhibit F***" and made part of this declaration, contains the figures which I personally verified and instructed Del Toro to use. As of August 24, 2015, the payoff of the subject Note is $1,432,636.38.

      f.    Written demand was previously made on Bay Vista and Tierra del Rey to cure these payment defaults; however, Bay Vista and Tierra del Rey failed to do so.

      g.    On February 11, 2015, Movant's predecessor-in-interest caused to be recorded in the Official Records of San Diego County, California, a Notice of Default and Election to Sell Under Deed of Trust; a true copy of this Notice is attached as "***Exhibit G,***" and made part of this declaration. This Notice contained the statement required by California Civil Code 2924(c), paragraph 1, subdivision (b).

h.    In May 2015, Movant caused to be recorded in the Official Records of San Diego County, California, a Notice of Trustee's Sale; a true copy of which is attached as "*Exhibit H*," and made part of this declaration. The Notice of Trustee's Sale stated that the Real Property would be sold at public auction at the time and place indicated therein to satisfy the obligations secured by the Deed of Trust. The Notice of Sale contained all of the information required by California Civil Code §2924 and California Code of Civil Procedure §692.

4.    On August 17, 2015, Debtor's attorney sent a written request that Movant and Fannie Mae (holder of a promissory note secured by a 1st priority deed of trust on the King Property) provide written payoff demands for the two loans. On August 20, 2015, Movant received Fannie Mae's written demand for payoff (good to September 1, 2015) in the sum of $5,008,711.54, a true copy of which is attached as "*Exhibit I*," and made part of this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and that I signed this declaration at San Diego, CA on August 27, 2015.



PAUL C. TACCONE