# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | TIERRA DEL REY, LLC |
| **Case Number:** | 15-04253-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 22, 2015 02:00 PM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | KAREN CARTER |

### Matter:

MOTION FOR RELIEF FROM STAY, RS # MW-1 FILED ON BEHALF OF AP MORTGAGE COMPANY

### Appearances:

K. TODD CURRY, ATTORNEY FOR TIERRA DEL REY, LLC
CHERYL LEE, CEO PRESENT
MICHAEL WRIGHT, ATTORNEY FOR AP MORTGAGE COMPANY

### Disposition:

Continued to 10/8/15 at 2:30 p.m. to allow time for review of financials as set forth on the record. Operating reports to be up to date and to remain current thereafter. Parties to meet and confer regarding trial.