William J. Hoffman
In Pro Per as Receiver
9339 Genesee Ave, Suite 130
San Diego, CA 92121
Tel: (858) 242-1222
Fax: (858) 242-1205

FILED
2015 SEP 29 AM 10: 26
CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Tierra Del Rey, LLC | ) | Case No. 15-04253-LT11 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

### NOTICE PURSUANT TO BANKRUPTCY RULE 9013-1 OF RECEIVER'S MOTION FOR PAYMENT OF REASONABLE COMPENSATION FOR SERVICES RENDERED AND COSTS AND EXPENSES INCURRED BY RECEIVER

### OBJECTION DEADLINE: October 15, 2015

YOU ARE HEREBY NOTIFIED that William J. Hoffman (the "Receiver") has filed a Motion for Payment of Reasonable Compensation for Services Rendered and Costs and Expenses Incurred by Receiver with the United States Bankruptcy Court for the Southern District of California ("Bankruptcy Court") and requests the following relief:

The Receiver was appointed by and through the Receivership Order and Order to Show Cause Re Confirmation of Receivership Order of the Superior Court of California, County of San Diego (the "Court") on April 16, 2015.

On June 29, 2015, Tierra Del Rey, LLC (the "Debtor") filed its Chapter 11 Voluntary Petition in the Bankruptcy Court. Prior to the Debtor's bankruptcy filing, the Receiver, upon appointment, commenced with making the necessary hires and securing property management services in order to operate and maintain the real property located at 3675 King Street, La Mesa, CA 91941 (the "Property").

The Appointment Order allows the Receiver to receive reasonable compensation for services rendered and costs and expenses incurred by the Receiver in an effort to preserve the estate and as Receiver (and as custodian as defined in 11 U.S.C. § 101(11)(A)).

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

   In absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED this 25th day of September, 2015.　　　　Respectfully submitted,

*[signature]*

William J. Hoffman, In Pro Per as Receiver
9339 Genesee Ave., Ste. 130
San Diego, CA 92121
Tel: (858) 242-1222
Fax: (858) 242.1205
Bill.Hoffman@Trigild.com