# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

### Hearing Information:

|  |  |
|---:|:---|
| **Debtor:** | TIERRA DEL REY, LLC |
| **Case Number:** | 15-04253-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 08, 2015 02:30 PM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | KAREN CARTER |

### Matters:

1) MOTION FOR RELIEF FROM STAY, RS # MW-1 FILED ON BEHALF OF AP MORTGAGE COMPANY (fr 9/22/15)

2) INITIAL HEARING ON EMERGENCY MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL PENDING A NOTICED HEARING FILED ON BEHALF OF TIERRA DEL REY, LLC

### Appearances:

TODD CURRY, ATTORNEY FOR TIERRA DEL REY, LLC
CHERYL LEE, CEO OF DEBTOR'S MANAGER PRESENT
MICHAEL WRIGHT, ATTORNEY FOR AP MORTGAGE COMPANY
DAVID HERSHORIN, ATTORNEY FOR FANNIE MAE
KRISTIN MIHELIC, ATTORNEY FOR OFFICE OF THE US TRUSTEE

### Disposition:

1) Off calendar, motion withdrawn on the record.

2) The Court grants motion on an interim basis as previously awarded cash collateral through and including 11/16/15 as set forth on the record.  Motion continued to 11/16/15 at 9:00 a.m.  The Court denies additional relief as set forth on the record but will allow Debtor to supplement the record.  Debtor may file a supplemental document by 10/22/15.  Responses due by 11/10/15.  Replies due by 11/13/15.  Stipulated order to be submitted or lodged, with a shortened 3-day objection period, by Mr. Curry.